In the Matter of LESTARIYAH A., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; DEMETRIUS L., Appellant. [963 NYS2d 913]—Appeal from an order of the Family Court, Monroe County (John B. Gallagher, Jr., J.), entered April 17, 2012 in a proceeding pursuant to Social Services Law § 384-b. The order denied respondent's request for posttermination contact with the subject child.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs (*see Matter of Elsa R. [Gloria R.]*, 101 AD3d 1688, 1688-1689 [2012]). Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.